UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

In the Matter of the Tax Indebtedness of
WILLIAM D. GRANT and KAREN S. GRANT

Case No.   19-cv-00237-BJR

**NOTICE AND ORDER TO SHOW CAUSE**

You, William D. Grant and Karen S. Grant, are hereby notified that the United States of America has petitioned this Court for an Order allowing the Internal Revenue Service to LEVY upon the real property located at 12623 133rd Place SE, Snohomish, WA 98290 (the "Subject Property"), with a legal description of

> Lot 3, Snohomish County Short Plat #PFN 04-108712 SP, recorded under Auditor's File Number 200504215378, records of Snohomish County, Washington, being a portion of the Southeast Quarter of Section 29, Township 28 North, Range 6 East, and the Northeast Quarter of Section 32, Township 28 North, Range 6 East, W.M.

Situate in the County of Snohomish, State of Washington.

in order to sell your interests to satisfy part or all of William D. Grant's unpaid tax liabilities for the tax years 2006 through 2007, and/or part or all of Karen S. Grant's unpaid tax liabilities for the tax years 2004 through 2012, plus interest and penalties according to the law.

Notice and Order to Show Cause          1
(Case No. )

**U.S. Department of Justice**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-307-6547

This Court has examined the United States' Petition and accompanying Declaration, and it is hereby ORDERED that you have thirty-five (35) days from the date of this Order to file with the Clerk of the Court a written **OBJECTION TO PETITION**. Any written **OBJECTION TO PETITION** should demonstrate that:

  A.   Your liability has been satisfied; <u>OR</u>

  B.   You have other assets from which the unpaid tax liabilities can be satisfied; <u>OR</u>

  C.   Applicable laws and administrative procedures relevant to the levy were not followed by the Internal Revenue Service.

It is FURTHER ORDERED that if you file a written **OBJECTION TO PETITION** with the Clerk of the Court, then the United States shall file a response to the written objection within fourteen (14) days of the date that the objection is filed.

It is FURTHER ORDERED that, in addition to filing your **OBJECTION TO PETITION** with the Clerk of the Court, you must also mail a copy of your **OBJECTION TO PETITION** to the attorney for the United States, Jennifer Y. Golden, U.S. Department of Justice, Tax Division, P.O. Box 683, Ben Franklin Station, Washington, D.C. 20044, on or before the filing date.

**If you do not file an OBJECTION TO PETITION within thirty-five (35) days of the date of this Order, the Court will enter an ORDER APPROVING AN INTERNAL REVENUE SERVICE LEVY ON THE REAL PROPERTY LOCATED AT 12623 133RD PLACE SE, SNOHOMISH, WA 98290.**

It is FURTHER ORDERED that the United States shall serve a copy of this NOTICE AND ORDER TO SHOW CAUSE, together with the Petition and Declaration, upon WILLIAM D. GRANT and KAREN S. GRANT within fourteen (14) days of the date of this Order, by

Notice and Order to Show Cause   2
(Case No. )

U.S. Department of Justice
Tax Division, Western Region
P.O. Box 683
Washington, D.C. 20044
Telephone: 202-307-6547

delivering a copy in hand to William D. Grant and Karen S. Grant or by leaving a copy at William D. Grant and Karen S. Grant's dwelling or usual place of abode with a person of suitable age and discretion residing therein, or by some other manner of service described in Rule 4(e)(1) of the Federal Rules of Civil Procedure. The United States shall file proof of service with the Clerk of the Court.

Dated this 30th day of April, 2019.

*Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge

Notice and Order to Show Cause                    3
(Case No. )

**U.S. Department of Justice**
Tax Division, Western Region
P.O. Box 683
Washington, D.C.  20044
Telephone: 202-307-6547